THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Tommy Young, Appellant.
 
 
 

Appeal From Jasper County
 Perry M. Buckner, Circuit Court Judge

Unpublished Opinion No. 2008-UP-013
Submitted January 1, 2008  Filed January
 9, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia; Tommy Young, of
 Ridgeville, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; I. McDuffie Stone, III, of
 Hampton; for Respondent.
 
 
 

PER CURIAM: Tommy
 Young appeals his convictions for armed robbery and possession of a weapon
 during the commission of a violent crime, arguing the trial court erred by not
 granting a mistrial.  In his pro se brief, Young also objects to
 the admission of a witness testimony, argues his due process rights were
 violated, and alleges his trial counsel was ineffective.  After a thorough
 review of the record, Youngs pro se brief, and counsels brief
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
ANDERSON,
 SHORT and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.